Dismissed; Opinion issued November 1, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00865-CV

### KEISHA BELL, Appellant

### V.

### JAMES B. NUTTER & CO., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02586-C**

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers

On June 22, 2012, appellant Keisha Bell filed a notice of appeal in this case. On September 25, 2012, appellee filed a motion to dismiss for mootness and want of prosecution. On October 9, 2012, we ordered appellant either to file her brief or to otherwise respond to the motion to dismiss within ten days. Appellant has not responded or otherwise communicated with this Court regarding her appeal.

Accordingly, we **GRANT** appellee's September 25, 2012 motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

PER CURIAM

120865F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KEISHA BELL, Appellant

No. 05-12-00865-CV      V.

JAMES B. NUTTER & CO., Appellee

Appeal from the County Court at Law No. 3 of Dallas County, Texas. (Tr.Ct.No. CC-12-02586-C).

Opinion delivered per curiam before Justices O'Neill, FitzGerald, and Lang-Miers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is **ORDERED** to recover its costs of this appeal from appellant.

Judgment entered November 1, 2012.

ELIZABETH LANG-MIERS
JUSTICE